UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANE B., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | NO: 2:16-CV-59-FVS <br><br> ORDER OF DISMISSAL |

On March 7, 2016, Plaintiff's application to proceed in forma pauperis was granted, and his complaint seeking judicial review of social security decision was filed. ECF No. 3, 4. No further action was taken by the Plaintiff, who was proceeding pro se. On October 4, 2018, this Court sent a letter to Plaintiff advising that he did not file a summons with the Clerk of Court, and therefore his case had not proceeded with service upon the Defendant. ECF No. 6. The Court enclosed directions as to how to how Plaintiff should proceed, and further advised Plaintiff that failure to complete the process within thirty days from the date of the order "will result in dismissal of your case." *Id*. As of the date of this Order, Plaintiff did not proceed as advised by the Court, and did not respond to the Court's letter.

ORDER OF DISMISSAL ~ 1

Based on Plaintiff's failure to respond, the Court concludes the matter should be dismissed under LR 41(b), and FRCP 41(b).

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Complaint, ECF No. 4, is **DISMISSED** without prejudice, pursuant to LR 41(b) and FRCP 41(b).

The District Court Executive is directed to file this Order, forward a copy to Plaintiff, enter judgment accordingly, and the file shall be **CLOSED**.

**DATED** November 15, 2018.

                                     *s/ Rosanna Malouf Peterson*
                                   ROSANNA MALOUF PETERSON
                                      United States District Judge